IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WINGED FOOT INVESTMENTS, INC. a Maryland Corporation , <br><br> Plaintiff, <br><br> vs. <br><br> ELTON KAHALEPAUOLE LUM; MICHEALENE MAKANI MALIA IAUKEA-LUM; ELISHA LUM; JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, <br><br> Defendants. <br> _____ | CV 10-00232 SOM-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 16, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 3, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Winged Foot Investments, Inc. v. Elton Kahalepauole Lum; Order Adopting
Magistrate Judge's Findings and Recommendation, Civ. 10-00232 SOM-BMK